UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:20-cr-405-AA |
| v. | INFORMATION |
| ANTHONI JOSEPH BASSETTI, | 21 U.S.C. §§ 841(a)(1) and (b)(1) |
| Defendant. | (B) Forfeiture Allegation |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Distribution of Methamphetamine)**
**(21 U.S.C. §§ 841(a)(1), (b)(1)(B))**

On or about January 23, 2020, in the District of Oregon, defendant **ANTHONI JOSEPH BASSETTI** did knowingly distribute 5 grams or more of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

/ / /

/ / /

/ / /

/ / /

## FIRST FORFEITURE ALLEGATION

Upon conviction of the offense in Count 1, defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation.

Dated: August 27, 2020

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney


s/ *William M. McLaren*
WILLIAM M. MCLAREN, OSB#143836
Assistant United States Attorney